# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Jesse G. Yates, III and Melissa Yates, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 5:14CV68 |
| ) | |
| vs. ) | |
| ) | |
| Julie Garrison, ) | |
| ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2014 Order.

November 20, 2014

_____
Frank G. Johns, Clerk
United States District Court